## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| HOWARD C. MCCRIMMON, JR. and<br>ANNDREA J. MCCRIMMON,<br><br>                    Debtors.<br>_____/ | Case No:  19-05302 jwb<br>Chapter 12<br>Honorable James W. Boyd<br>Filed:  December 23, 2019 |

### NOTICE OF APPEARANCE ON BEHALF OF GREENSTONE FARM CREDIT SERVICES, FLCA AND GREENSTONE FARM CREDIT SERVICES, ACA AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of GreenStone Farm Credit Services, FLCA and GreenStone Farm Credit Services, ACA, in this Chapter 12 case.  Pursuant to rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 12 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notice of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise which affect the above-captioned Debtors or property of the estate.

WARNER NORCROSS + JUDD LLP
Attorneys for GreenStone Farm Credit Services, FLCA
and GreenStone Farm Credit Services, ACA

Dated:  January 7, 2020

By: /s/ Timothy Hillegonds
    Timothy Hillegonds (P25555)
    1500 Warner Building
    150 Ottawa Ave NE
    Grand Rapids, MI 49503
    thillegonds@wnj.com
    Telephone No. (616) 752-2132

19481451