# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Howard C. McCrimmon, Jr. and
Andrea J. McCrimmon

Chapter 12
Case No.: 19-05302
Hon. James W. Boyd

_____

## MOTION TO DISMISS CHAPTER 12 BANKRUPTCY PETITION

NOW COMES DEBTORS, for this motion states as follows:

1. On or about December 23, 2019, Debtors by and through their bankruptcy attorney did file for protection from his creditors pursuant to Chapter 12 of the bankruptcy Act.

2. That Debtors do not believe that they can submit a Plan under Chapter 12 that would satisfy the requirements for confirmation under Chapter 12 due to many factors.

3. Debtors have elected to attempt to work out financial issues with secured creditors outside of the bankruptcy filing.

4. Debtors have decided to dismiss this petition to consider whether or not agreements can be worked out with creditors and/or whether or not another bankruptcy chapter would be better suited for these circumstances.

WHEREFORE, Debtor respectfully ask that the Court to dismiss Debtor's Chapter 12 bankruptcy petition.

Date: February 14, 2020/s/ Michael J. Corcoran
Michael J. Corcoran (P41254)
Attorney for Debtor