### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

|  |  |
|---|---|
|  | Chapter 12 |
| Howard C. McCrimmon, Jr. and | Case No.: 19-05302 |
| Andrea J. McCrimmon | Hon. James W. Boyd |

_____

### NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

Debtors filed papers with the court to seek dismissal of their Chapter 12 Bankruptcy.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within twenty-one (21) days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, One Division Ave., N.W. Room 200, Grand Rapids, MI 49503.  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Michael J. Corcoran, P.C., 800 Cottageview Dr., Ste. 1082, Traverse City, MI 49684

Marcia R. Meoli, 1180 Ottawa Beach Road, Ste A, Holland MI  49424

2.      If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be swerved with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Dated:  February 14, 2020                              /s/ Michael J. Corcoran
                                                               Michael J. Corcoran (P41254)
                                                               800 Cottageview Dr., Ste. 1082,
                                                               Traverse City, MI 49684